IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 18 P 3:23

CLERK

HYUNDAI MOTOR AMERICA,
INC., and HYUNDAI MARINE AND
FIRE INSURANCE COMPANY, LTD,

  Plaintiffs,

v.

INTERNATIONAL AUTO PROCESSING
INC., HARTFORD FIRE INSURANCE
COMPANY, HARTFORD INSURANCE
COMPANY OF SOUTHEAST, and
HARTFORD CASUALTY INSURANCE
COMPANY,

  Defendants.

CIVIL ACTION NO.: CV204-054

IN RE: LEAVE OF ABSENCE

In a letter dated May 16, 2005, G. Melton Mobley has made application for Leave of Absence for the period of July 18, 2005, through and including July 25, 2005, in the captioned case. The Clerk is directed to file said letter with the record of this case.

The above and foregoing request for Leave of Absence is **APPROVED**; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial.

**SO ORDERED**, this _18th_ day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

LAW OFFICES
# LOKEY, MOBLEY AND DOYLE, LLP

G. MELTON MOBLEY
KEVIN A. DOYLE
KIMBERLY SHERIDAN

8425 DUNWOODY PLACE
ATLANTA, GEORGIA 30350
770/640-9441
FAX # 770/640.6646
E-MAIL contact@mobley-doyle.com
www.mobley-doyle.com

OF COUNSEL
CHARLES V. LOKEY
TOTSY NICHOLS

May 16, 2005

Scott L. Poff, Clerk
United States District Court
Southern District of Georgia
PO Box 1636
Brunswick, GA 31521

> RE: Hyundai Motor America, Inc., et al. v. International Auto Processing, et al.
> Civil Action Number CV204-054

Dear Mr. Poff:

Pursuant to Local Rule 83.1, Subsection E(3), I am requesting that the above-captioned case not be calendared during the period of:

**July 18 through and including July 25, 2005**

for the purposes of vacation and spending time with my family.

Thanking you for your attention to this matter, I am

Sincerely,

G. Melton Mobley

cc: Edwin D. Robb
G. Mason White